## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  9:17-cv-80334-KAM

**FELICIA MITCHELL, in her individual capacity
and as Personal Representative of the Estate of
HENRY BENNETT, III, deceased, and
HENRY BENNETT, in his individual capacity,**
    **Plaintiffs**
 **vs.**

**SHERIFF RIC BRADSHAW, Sheriff of Palm Beach
County, Florida, in his official capacity; and
ANDREW CANO, Deputy Sheriff, in his individual capacity,**

    **Defendants**

_____

### REPORT OF MEDIATED SETTLEMENT CONFERENCE

The above styled case commenced mediation on November 7, 2017, before Theodore A. Deckert, pursuant to LCvR 16.2, SDFL and Chapter 44, Florida Statutes, in West Palm Beach, FL.

Plaintiffs Felicia Mitchell and Henry Bennett and Plaintiffs' Counsel Jasmine Rand, Esq. appeared.  Defendant Bradshaw's Corporate Representative and Defendant Andrew Cano and their Defense Counsel Richard Giuffreda, Esq. appeared.  The mediation was concluded and settlement was reached.

I HEREBY CERTIFY that the above is a true and accurate description of the result of the ADR process and counsel of record for all parties have received a copy of this report by electronic delivery via email.

Dated: November 20, 2017.   Respectfully Submitted,

        s/Theodore A. Deckert
        Theodore A. Deckert (Florida Bar Number: 210560)
        Ted@matrixmediation.com
        Matrix Mediation, LLC
        1655 Palm Beach Lakes Blvd., Suite 700
        West Palm Beach, Florida 33401
        Ph.  -  561-340-3500
        Fax -  561-584-7792
        Mediator